UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH MITCHELL,

        Plaintiff,

        Case No. 1:11-cv-342

v.

        HONORABLE PAUL L. MALONEY

BLUE CARE NETWORK
OF MICHIGAN,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Blue Care Network of Michigan has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Blue Care Network of Michigan shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: May 3, 2011                           /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge